IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DUSTIN COLLINS,                          *
                                         *
        Plaintiff,                       *
                                         *
        v.                               *        CV 620-089
                                         *
BTS & SONS ASSOCIATES, INC.,             *
                                         *
        Defendant.                       *
                                         *

---

**O R D E R**

---

On April 5, 2022, the Court granted the Parties' "Revised Joint Motion to Approve Settlement" (Doc. 80).  (Doc. 81.)  The Court then instructed the Parties to file a stipulation of dismissal with the Court pursuant to the terms of the amended settlement agreement.  (Id. at 7.)  The Court further instructed that if the Parties were unable to move for dismissal within twenty-one (21) days, then they were to submit a status report setting forth the status of their settlement.  (Id.)  The Parties' deadline was April 26, 2022 and the Court has not received a dismissal or a status report, putting the Parties in non-compliance with the Court's April 5, 2022 Order.

Based on the foregoing, **IT IS HEREBY ORDERED** that the Parties **SHALL FILE** a status report by **5:00 P.M. ON MONDAY, MAY 2, 2022.**

This shall include an update on the progress of their settlement and forthcoming dismissal of the case.

    **ORDER ENTERED** at Augusta, Georgia, this 28th day of April, 2022.

                                    J. RANDAL HALL, CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF GEORGIA